# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967



Christine P. O'Hearn, Esq.
Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

November 16, 2020

**Via Electronic Filing Only**
Honorable Leda Dunn Wettre, U.S.M.J
United States District Court
Martin Luther King Building & U.S. Courthouse
Newark, New Jersey 07101

    Re: **Deborah Gross-Quatrone v. State of New Jersey, et. al.**
          **Civil Action No.: 2:20-cv-11829-SDW-LDW**

Dear Judge Wettre:

    We represent the Defendants in the above matter. We write regarding a discovery and motion issue.

    As Your Honor is aware, there is a parallel case presently pending under the caption of Gross Quatrone v. State et al, 2:17-cv-13111. In the context of that litigation, Your Honor held several phone conferences to address an issue related to Plaintiff's request for immediate discovery of the State's psychological expert report. By Order dated October 19, 2020, Your Honor denied that request. Soon thereafter, Plaintiff issued a Subpoena duces tecum to Dr. Christine Ghilain under the docket number of this litigation seeking production of the report. We objected to the subpoena and discussed this issue with Plaintiff's counsel who advised we could file a motion to quash.

    This morning Plaintiff's counsel advised they objected to our Motion to Quash as we did not contact Your Honor in an attempt to resolve the issue before filing a Motion. Since Your Honor previously held two (2) phone conferences in the parallel litigation seeking to resolve essentially the same issue which were not successful, we believed our efforts to seek to resolve the matter again, prior to filing a motion, would be a waste of time. Defendants therefore filed a Motion to Quash on November 2, 2020.** If Your Honor disagrees, we apologize for having filed the Motion without contacting Your Honor first. If directed to do so, we can withdraw the motion without prejudice, however, we did not want to waste the Court's time in attempting to resolve essentially the same issue which we were previously unable to resolve.

7BC2523

**BROWN & CONNERY, LLP**

November 16, 2020
Page 2

                                                  Respectfully submitted,
                                                  **BROWN & CONNERY, LLP**

                                                  *s/ Christine P. O'Hearn*
                                                  Christine P. O'Hearn

CPO/jle
cc: Ralph Ferrera

\*\*Having held several telephone conferences with counsel to discuss production of the Ghilain report in Civil Action No. 20-11829, the Court considers the Motion to Quash in Civil Action No. 17-13111 to be properly filed.  The Clerk of Court is directed to file a copy of this letter order in Civil Action No. 17-13111.

> **SO ORDERED.**
>
> *s/ Leda Dunn Wettre, U.S.M.J.*
>
> **Dated:**  11/17/2020

7BC2523