**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBORAH GROSS-QUATRONE and JOSEPH QUATRONE, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF NEW JERSEY, et al., <br><br> Defendants. | Civil Action No: 20-11829(SDW)(LDW) <br><br> **ORDER** <br><br><br> December 18, 2020 |

**WIGENTON**, District Judge.

This matter, having come before this Court on Defendants State of New Jersey ("New Jersey" or "State") and Judge Glenn A. Grant's ("Judge Grant") (collectively, "Defendants") Motion to Dismiss Plaintiffs Deborah Gross-Quatrone and Joseph Quatrone's (collectively, "Plaintiffs") Complaint pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(1) and (6), and this Court having considered the parties' submissions, for the reasons stated in this Court's Opinion dated December 18, 2020,

**IT IS** on this 18th day of December, 2020

**ORDERED** that Defendants' Motion is **GRANTED with prejudice** as to the State on all counts; and it is further

**ORDERED** that Defendants' Motion is **GRANTED with prejudice** as to Judge Grant in his official capacity on all counts; and it is further

**ORDERED** that Defendants' Motion is **GRANTED** as to Judge Grant in his individual capacity as to Count Four; and it is further

**ORDERED** that Defendants' Motion is **DISMISSED AS MOOT** as to Judge Grant in his individual capacity as to Counts Five through Nine; and it is further

**ORDERED** that Plaintiffs have thirty (30) days to amend their Complaint.

   /s/ Susan D. Wigenton     
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:        Clerk
                Leda D. Wettre, U.S.M.J.
                Parties