# Ferrara Law Group, P.C.



February 24, 2021

**VIA ECF**

Office of the Clerk of Court
United States District Court of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:    **Gross-Quatrone v. State of New Jersey, et al.**
              **Civil Action No. 2:20-cv-11829-SDW-LDW (D.N.J.)**

Dear Sir/Madam:

      Pursuant to Local Rule 7.1(d)(5), Plaintiffs Deborah Gross-Quatrone and Joseph Quatrone respectfully request a one-cycle adjournment of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6), filed on February 16, 2021 (ECF No. 28). The motion day for Defendants' Motion is currently March 15, 2021 and has not previously been extended or adjourned. Plaintiffs' Opposition is currently due March 1, 2021.

      The new motion day will be April 5, 2021. Plaintiffs shall file their opposition papers on or before March 22, 2021, and Defendants shall file their reply on or before March 29, 2021.

      Thank you for your attention to this matter.

                          Respectfully,

                          **FERRARA LAW GROUP, P.C.**

                          /s/ Ralph P. Ferrara
                          RALPH P. FERRARA

cc: All counsel of record (via ECF)