# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967



Christine P. O'Hearn, Esq.
Certified by the Supreme Court of New Jersey as a Civil Trial Attorney
cohearn@brownconnery.com

March 26, 2021

**Via Electronic Filing**
**Honorable Susan D. Wingeton, U.S.D.J.**
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

>   Re: **Deborah Gross-Quatrone v. State of New Jersey, et. al.**
>       Civil Action No.: 2:20-cv-11829-SDW-LDW

Dear Judge Wingeton:

We represent the Defendants, State of New Jersey, Judge Glenn A. Grant, and State of New Jersey Judiciary ("Defendants") in the above matter. Currently pending before Your Honor is Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, which is returnable April 5, 2021. Defendants' Reply Brief is presently due March 29, 2021. We respectfully request an extension of time to file our Reply Brief until April 5, 2021, which would make this motion returnable April 19, 2021. Plaintiff's counsel consented to this request.

We thank Your Honor for your courtesies.

Respectfully submitted,

BROWN & CONNERY, LLP

*s/ Christine P. O'Hearn*

Christine P. O'Hearn

CPO/hem
cc: Ralph Ferrara, Esquire (via Electronic Filing)

7CN8874