UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

THE DWYER LAW FIRM, L.L.C.
550 Broad Street, Suite 704
Newark, New Jersey 07102
(973) 242-3636
Attorneys for Plaintiff

---

| | |
|---|---|
| DEBORAH GROSS-QUATRONE and JOSEPH QUATRONE, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF NEW JERSEY; JUDGE GLENN A. GRANT, individually and in his official capacity as Acting Administrative Director of the New Jersey Courts; STATE OF NEW JERSEY JUDICIARY, JOHN DOE ENTITIES 1-20 AND INDIVIDUAL JOHN AND JANE DOES 1-20, <br><br> Defendants. | HON. SUSAN D. WIGENTON, U.S.D.J. <br><br> Civil Action No. 20-cv-11829 (SDW) (LDW) <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that plaintiffs Deborah Gross-Quatrone and Joseph Quatrone, through their undersigned attorneys, hereby voluntarily dismiss this action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  No answer and no motion for summary judgment has been filed in this action by defendants.

By:   /s/ *Andrew Dwyer*

Andrew Dwyer (AD-7793)
The Dwyer Law Firm, L.L.C.
550 Broad Street, Suite 704
Newark, New Jersey 07102
(973) 242-3636 (phone)
(973) 242-3399 (fax)
andy@thedwyerlawfirm.com

By:  /s/ **Ralph P. Ferrara**

_____
Ralph P. Ferrara
Ferrara Law Group, P.C.
50 W. State Street, Suite 1100
Trenton, New Jersey 08608
(609) 571-3738 (phone)
(609) 498-7440 (fax)
ralph@ferraralawgp.com

Attorneys for Plaintiffs

Dated: April 12, 2021